JS-6

| | |
|---|---|
| Stephen M. Lobbin (CA 181195)<br>sml@smlavvocati.com<br>SML AVVOCATI P.C.<br>888 Prospect Street, Suite 200<br>San Diego, CA 92037<br>Telephone: (949) 636-1391<br><br>Andrew DiNovo (*pro hac vice*)<br>adinovo@dinovoprice.com<br>Nicole E. Glauser (*pro hac vice*)<br>nglauser@dinovoprice.com<br>Michael D. French (*pro hac vice*)<br>mfrench@dinovoprice.com<br>DINOVO PRICE LLP<br>7000 North MoPac Expressway<br>Suite 350<br>Austin, TX 78731<br>Telephone: (512) 539-2626<br><br>ATTORNEYS FOR PLAINTIFF<br>PRESERVATION TECHNOLOGIES LLC | Michael Jay, SBN 223827<br>michael.jay@us.dlapiper.com<br>Nandan Padmanabhan, SBN 280309<br>nandan.padmanabhan@us.dlapiper.com<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704<br>Telephone: (310) 595-3000<br>Facsimile: (310) 595-3300<br><br>ATTORNEYS FOR DEFENDANT<br>EPIX ENTERTAINMENT LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EPIX ENTERTAINMENT LLC d/b/a MGM+ ENTERTAINMENT,<br><br>        Defendant. | Case No. 2:23-3306-GW-SHKx<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. George H. Wu |

## [PROPOSED] ORDER

The Court having reviewed the Joint Stipulation of Dismissal With Prejudice, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal With Prejudice is GRANTED. The entire action and all claims against all parties is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: _____August 18_____, 2023   _____/s/ George H. Wu_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE